IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA F. VARNER and<br>DWIGHT VARNER,<br><br>   Plaintiffs,<br><br>   v.<br><br>CALIBER HOME LOANS,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 1:17-cv-773-WKW-WC<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. 7), it is

ORDERED that, **on or before January 9, 2018,** Plaintiffs shall file a written response and show cause, if any there be, why the motion should not be granted. Defendant may reply on or before **January 23, 2018**.

Done this 19th day of December, 2017.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE